**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RACHELLE BRIANA TYSON,
                              Plaintiff,

                    -against-

THE CITY OF NEW YORK
(ADMINISTRATIVE CHILD SERVICES) and
NANCY SANCHEZ, Child Specialist Supervisor,
                              Defendants.
-----------------------------------------------------------X

DOC̤ ṃ̇ ·
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2020

18 **CIVIL** 8515 (GBD) (KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated February 26, 2020, Magistrate

Judge Parker's Report is adopted; Defendants' motion to dismiss is granted.


**Dated:**  New York, New York
             March 3, 2020


                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
                        **BY:**

                                        **Deputy Clerk**



                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON ___3/3/20 20__